IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOHN B. FRANKLIN | § | |
| VS. | § | CIVIL ACTION NO. 1:09-CV-931 |
| BRYAN DOYLE, ET AL | § | |

### ORDER

Pursuant to the Memorandum Regarding Defendants' Jefferson County and G. Mitch Woods' Motion for Summary Judgment (docket entry no. 57) entered this same day, the Court finds the following:

Defendants' motion for summary judgment is granted. It is, therefore,

**ORDERED** that defendants' motion for summary judgment is **GRANTED.**

**SIGNED** this   9   day of             July            , 2012.


_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE

1